# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDREY DUBININ,
Appellant,
vs.
SILVER STATE WIRE ROPE AND
RIGGING, INC.,
Respondent.

No. 73544

FILED

SEP 26 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on July 26, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc: Hon. James Crockett, District Judge
Morris Anderson
Olson, Cannon, Gormley, Angulo & Stoberski
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-32652